Same case below, 363 Fed. Appx. 333.

**No. 09-10988. Juan Hernan Lemus, Petitioner v. United States.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 6144.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 582 F.3d 958.

**No. 09-10989. Asa P. Johnson, Petitioner v. Elizabeth Burris, Acting Warden, et al.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 6111.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 339 Fed. Appx. 129.

**No. 09-10992. Paul Powell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 6414.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-10996. Terrence Wilson, Petitioner v. Tim Brunsman, Warden.**

562 U.S. 858, 131 S. Ct. 129, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 5908.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10997. Steve Williamson, Petitioner v. Joseph Smith, Superintendent, Shawangunk Correctional Facility.**

562 U.S. 858, 131 S. Ct. 389, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 5987.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-10999. Tabatha White, Petitioner v. Jewel Steele, Warden.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 6223.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 707.

**No. 09-11002. Lord Shawn Russell, Petitioner v. United States.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 5825.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 595 F.3d 633.

**No. 09-11005. C. Edward Moore, Petitioner v. Lee Levinson, et al.**

562 U.S. 858, 131 S. Ct. 130, 178 L. Ed. 2d 78, 2010 U.S. LEXIS 5873.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.